**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Josue Manuel Hernandez Sanchez, | Case No. 2:26-cv-01290-JAD-MDC |
| Petitioner | **Order Directing Service of 28 U.S.C. § 2241 Petition and Setting a Briefing Schedule** |
| v. | |
| Jason Knight, et al., | [ECF No. 1] |
| Respondents | |

Petitioner Josue Manuel Hernandez Sanchez, an immigration detainee who is challenging the lawfulness of his federal detention at Nevada Southern Detention Center, has filed a counseled petition for federal habeas corpus relief under 28 U.S.C. § 2241 and paid his filing fee.[1]  Following a preliminary review of the petition, I find that the petition establishes a *prima facie* case for relief, so I direct that it be served on the United States Attorney's Office for the District of Nevada (USAO) and set a briefing schedule.

IT IS THEREFORE ORDERED that the Clerk of the Court is directed to:

1. **ADD** the USAO to the docket as an Interested Party. Under the District of Nevada's General Order 2026-03 (Feb. 13, 2026), this constitutes service on all federal respondents under Federal Rule of Civil Procedure 4 and 28 U.S.C. § 2243.

2. **MAIL** a copy of the petition (ECF No. 1) and this order under Rule 4(i)(2) of the Federal Rules of Civil Procedure to John Mattos, Warden, Nevada Southern Detention Center, 2190 E. Mesquite Ave. Pahrump, NV 89060.

---

[1] ECF No. 1.

3. **SEND** a courtesy copy of the petition (ECF No. 1) and this order to Ashley Hesman (Mattos's attorney) at ahesman@strucklove.com.

IT IS FURTHER ORDERED that the USAO must file a notice of appearance on or before May 4, 2026, and file and serve their answer to the petition by May 11, 2026. Respondents must file any documents referenced or relied upon in their responsive pleading with that pleading.[2]  Petitioner will then have 7 days to file a reply.

IT IS FURTHER ORDERED that the parties must certify efforts taken to meet and confer regarding any requests for an extension of deadlines and must indicate the opposing party's position regarding any extension.  Any motion or stipulation must comply with Federal Rule of Civil Procedure 6(b) and Local Rules IA 6-1, 6-2.

IT IS FURTHER ORDERED that **the respondents must not transfer the petitioner out of this district**, with the exception of effectuating his lawful deportation.[3]  In the event of lawful deportation, the respondents' counsel must file a notice with the court within 5 days from deportation.

Dated: April 28, 2026

_____
U.S. District Judge Jennifer A. Dorsey

---

[2] *See Harris v. Nelson*, 394 U.S. 286, 290 (1969) (holding that "a district court, confronted by a petition for habeas corpus which establishes a *prima facie* case for relief, may use or authorize the use of suitable discovery procedures . . . reasonably fashioned to elicit facts necessary to help the court to 'dispose of the matter as law and justice require.'" (citing 28 U.S.C. § 2243)).

[3] *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (noting the court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").

2